AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:13cr 418 |
| | ) | |
| Yousef Mohamid al-Khattab | ) | |
| *Defendant* | ) | |

FILED
IN OPEN COURT

OCT 3 0 2013

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/30/2013

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Alan H. Yamamoto
*Printed name of defendant's attorney*

/s/
_____
Liam O'Grady *Judge's signature*
United States District Judge
Liam O'Grady, U.S. District Judge
*Judge's printed name and title*